IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants.* | Case No. 1:21-cv-00056-RBW |

## MOTION FOR LEAVE TO USE ALTERNATE ADDRESS

Plaintiff Florence Immigrant and Refugee Rights Project (the "Florence Project"), by counsel, hereby moves the Court for leave to proceed through use of an alternate address rather than the "full residence address" normally required under Local Civil Rule 5.1(c)(1). For the reasons set forth in the attached declaration, the Florence Project fears reprisal—including property damage and physical harm to its staff and clients—if it provides its residence address on the public docket, and there is no countervailing public interest in public disclosure the Florence Project's residence addresses or prejudice to the Defendants.

In this action, the Florence Project, together with Plaintiffs National Immigrant Justice Center, Immigrant Defenders Law Center, and Las Americas Immigrant Advocacy Center, seeks declaratory and injunctive relief against the Executive Office of Immigration Review ("EOIR"), U.S. Department of Justice ("DOJ"), Jeffrey A. Rosen, in his official capacity as Acting Attorney General of the United States, and James McHenry, in his official capacity as Director of EOIR ("Defendants"), over a final rule issued by EOIR, which overhauls procedures within EOIR's immigration court system pertaining to I-589 applications for asylum, withholding of removal, and

1

protection under the Convention Against Torture. *See* "Procedures for Asylum and Withholding of Removal," 85 Fed. Reg. 81,698 (Dec. 16, 2020) (to be codified at 8 C.F.R. pts. 1003, 1103, 1208, and 1240) (the "Rule"). The Florence Project is a nonprofit organization headquartered in Tucson, Arizona, with offices in Phoenix and Florence, Arizona. It provides free legal and social services to adults and unaccompanied children in immigration custody in Arizona, including at the U.S.-Mexico border, and frequently represents detained immigrants in immigration court and before the BIA.

Including its residence address on the face of the Complaint—and, therefore, on the public docket—would put the Florence Project at undue "'risk of retaliatory physical or mental harm.'" *Yaman v. U.S. Dep't of State*, 786 F. Supp. 2d 148, 153 (D.D.C. 2011) (quoting *Nat'l Ass'n of Waterfront Emp'rs v. Chao*, 587 F. Supp. 2d 90, 99 (D.D.C. 2008)). The Florence Project fears retaliatory harm in the form of vandalism to its physical offices, as well as physical harm to its staff and its clients—including minor children and those with mental illnesses—who frequently visit the Florence Project's three offices for scheduled meetings. *See* Declaration of Lauren Dasse ("Dasse Decl.") ¶¶ 3-4 (attached as Ex. A).

In particular, the Florence Project has expressed a fear of retaliation for its public participation in this litigation, which challenges one of the Trump Administration's immigration policies, from individuals who are supportive of those immigration policies or harbor animus against immigrants, especially immigrants who are Latin American or who seek humanitarian protections, like the Florence Project's clients, and those who provide legal aid to immigrants, like the Florence Project. *See* Dasse Decl. ¶¶ 6, 11. Such fear is reasonable in light of the recent upward trend in hate crimes across racial minority groups, and the 22 percent increase in Anti-Hispanic and Anti-Latino hate crime offenses, in particular, that the Federal Bureau of Investigations

("FBI") has reported over the past several years.[1] Anti-immigrant sentiment is particularly acute in Arizona, where several anti-immigrant hate groups are active. *See* Dasse Decl. ¶ 6 n. 3. Indeed, while the Florence Project has been fortunate to avoid becoming the victim of anti-immigrant violence or vandalism, it is no stranger to the pervasive threat of online harassment that could, if connected to a physical office address, materialize into real world harassment or violence, *see id.* ¶ 8.

Conversely, there is no countervailing public interest in the disclosure of the Florence Project's physical office address. And, in any event, the public at large is also not wholly without information concerning the identity of those bringing this action, since the other Plaintiffs are able to disclose their full business addresses. *Int'l Refugee Assistance Project v. Trump* ("*IRAP*"), No. CV TDC-17-0361, 2017 WL 818255, at *3 (D. Md. Mar. 1, 2017).

Defendants are also federal officials and agencies and will suffer no prejudice through the Florence Project's use of a U.S. Postal Service mailbox address; to the extent Defendants have a need to contact the Florence Project, they will be able to do so through at that mailing address or, more properly, through counsel. *See Nat'l Ass'n of Waterfront Employers v. Chao*, 587 F. Supp. 2d 90, 99 n.9 (D.D.C. 2008) (noting that courts are more likely to credit a plaintiff's privacy concerns when the defendant is a governmental, as opposed to private, party). The absence of prejudice to governmental defendants is especially apparent, where, as here, the lawsuit concerns a challenge to a governmental policy and so "the questions presented … 'do not depend on

---

[1] *Compare 2017 Hate Crime Statistics, Table 1: Incidents, Offenses, Victims, and Known Offenders by Bias Motivation*, FBI (2017), https://perma.cc/PVM9-9WTB *with 2018 Hate Crime Statistics, Table 1: Incidents, Offenses, Victims, and Known Offenders by Bias Motivation*, FBI (2018), https://perma.cc/SE6P-JFYP.

identifying the specific parties' but instead are 'purely legal.'" *IRAP*, No. CV TDC-17-0361, 2017 WL 818255, at *3 (quoting *Doe v. Pittsylvania Cty.*, 844 F. Supp. 2d 724, 731 (W.D. Va. 2012)).

\* \* \*

For the reasons set forth above, the Florence Project respectfully requests that the Court dispense with the "full residence address" requirement of Local Civil Rule 5.1(c)(1) and permit it to proceed with the alternate mailing address provided. *See Yaman v. Dep't of State*, 786 F. Supp. 2d 148, 152–53 (D.D.C. 2011) (applying equitable balancing test in permitting plaintiffs to proceed without public filing of residence address).[2]

## LOCAL RULE 7(m) STATEMENT

Defendants have not yet appeared in this case.  Counsel for the movant nevertheless attempted to confer with counsel for Defendants before filing this Motion by sending an email message this morning, January 12, 2021, to counsel at the Department of Justice who represent Defendants in a similar matter, but did not receive a response before filing this motion.

---

[2] If required by the Court to provide its residential addresses, the Florence Project request leave to file those addresses under seal.

4

Dated: January 12, 2021                                  Respectfully submitted,

                                                    By:  /s/ Kristen A. Lejnieks

Keren Zwick (D.D.C. Bar. No. IL0055)            Kristen A. Lejnieks (DC Bar No. 502136)
Mark Fleming                                    Parker A. Rider-Longmaid (DC Bar No.
NATIONAL IMMIGRANT JUSTICE                      1552207)[3]
CENTER                                          JONES DAY
224 S. Michigan Ave., Suite 600                 51 Louisiana Ave, NW
Chicago, IL 60604                               Washington, DC 20001-2113
Telephone:  (312) 660-1370                      Telephone:  (202) 879-3939
Email:  kzwick@heartlandalliance.org            Facsimile:  (202) 626-1700
Email:  mfleming@heartlandalliance.org          Email:  kalejnieks@jonesday.com
                                                Email:  priderlongmaid@jonesday.com

Sarah Thompson (D.D.C. Bar No. CA00073)
NATIONAL IMMIGRANT JUSTICE                      David R. Fox (DC Bar No. 1015031)
CENTER                                          Laura Diss Gradel
PO Box 124975                                   JONES DAY
San Diego, CA 92112                             100 High Street, 21st Floor
Telephone:  (312) 660-1370                      Boston, MA 02100
Email:  sthompson@heartlandalliance.org         Telephone:  (617) 960-3939
                                                Facsimile:  (617) 449-6999
                                                Email:  drfox@jonesday.com
                                                Email:  lgradel@jonesday.com

                                                David Ledet
                                                JONES DAY
                                                500 Grant Street Suite 4500
                                                Pittsburgh, PA 15219
                                                Telephone:  (412) 394-7271
                                                Facsimile:  (412) 394-7959
                                                Email:  dledet@jonesday.com

                                                *Counsel for Plaintiff the Florence Project*

---

[3] D.D.C. Bar application pending.

## CERTIFICATION OF SERVICE PURSUANT TO LCvR 65.1(a)

Pursuant to LCvR 65.1(a), I hereby certify that on January 12, 2021, in addition to filing, via ECF, I caused true and correct copies of the foregoing Motion and attached Declaration to be delivered by certified mail to the Defendants in the above-captioned action, and to the United States Attorney for the District of Columbia, at the following addresses:

THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
c/o Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001;

JAMES R. McHENRY III, in his official capacity as the Director of the Executive Office for Immigration of Review
c/o Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001;

U.S. DEPARTMENT OF JUSTICE
c/o Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001;

JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General
c/o Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001; and

UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001.

2

In addition, immediately after filing, counsel for Plaintiffs will send a courtesy copy of this Motion by e-mail to Christina P. Greer at the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, and August Flentje at the U.S. Department of Justice, Civil Division, who represent Defendants in a similar ongoing litigation in the Northern District of California.

Dated: January 12, 2021                                         */s/ Kristen Lejnieks*
                                                                                     Kristen A. Lejnieks (DC Bar No. 502136)