**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.<br><br><br>　　　　　　　　Defendants. | Case No.: 1:21-cv-00056-RBW<br><br><br><br>***Document Electronically Filed*** |

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND**
**PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay of Effective Date under 5 U.S.C. § 705, the accompanying memorandum of points of authorities, Plaintiffs' Declarations, and all other authorities, evidence, and materials properly before this Court, it is hereby:

**ORDERED** that Plaintiffs' Motion is GRANTED; and it is further

**ORDERED** that, pursuant to 5 U.S.C. § 705, the effective date of the Final Rule entitled *Procedures for Asylum and Withholding of Removal*, 85 Fed. Reg. 81,698 (Dec. 16, 2020) (the "Rule"), which is presently set to take effect on January 15, 2021, and any implementation thereof is **STAYED** in its entirety pending final adjudication of this action; and it is further

**ORDERED** that Defendants, and all persons acting under their direction or in concert with them, are hereby **ENJOINED** pursuant to Fed. R. Civ. P. 65(a) and 65(d)(2) from enforcing or implementing the Final Rule or any portion thereof; and it is further

**ORDERED** that this stay and preliminary injunction shall take effect immediately and shall remain in effect pending final judgment in this action or further order of this Court.

A hearing on Plaintiffs' motion for a preliminary injunction is set before this Court on ___ _____, 2021 at _____.   Any response or opposition to plaintiffs' preliminary injunction motion must be filed and served on Plaintiffs on or before _____,   2021,   and filed with the Court, along with Proof of Service, on or before _____, 2021. Any reply in support of Plaintiffs' Motion must be filed and served on Defendants on or before _____, 2021, and filed with the Court, along with Proof of Service, on or before _____, 2021. The above dates may be revised upon stipulation by all parties and approval of this Court.

**SO ORDERED** this _ day of _____ 2021

_____
Hon. Reggie B. Walton
United States District Judge