

# Office of the Attorney General
## Washington, D. C. 20530

November 17, 2020

ORDER NO. 4910-2020

DELEGATION OF AUTHORITY TO THE DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, TO ISSUE REGULATIONS RELATED TO IMMIGRATION MATTERS WITHIN THE JURISDICTION OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

Pursuant to the authority vested in the Attorney General by law, including 28 U.S.C. §§ 509 and 510, I hereby delegate to the Director, Executive Office for Immigration Review, until January 20, 2021, the authority to issue regulations related to immigration matters within the jurisdiction of the Executive Office for Immigration Review.

November 17, 2020
Date

William P. Barr
Attorney General