UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 21-56 (RBW) |
| v. | ) ) ) | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al. | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on this same day, it is hereby

**ORDERED** that the plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Effective Date Under 5 U.S.C. § 705, ECF No. 4 is **GRANTED**. It is further

**ORDERED** that the effective date of the final rule announced in the Federal Register entitled "Procedures for Asylum and Withholding of Removal," 85 Fed. Reg. 81,698 (Dec. 16, 2020), is hereby **STAYED**, and the defendants are preliminarily enjoined from implementing, enforcing, or applying that rule.[1]  This injunction shall remain in place pending further order of the Court. It is further

**ORDERED** that the plaintiffs are excused from posting a bond under Federal Rule of Civil Procedure 65(c). It is further

---

[1] The Court will issue an additional Order setting forth the Court's reasons for granting the plaintiffs' motion in the near future.

1

2

**ORDERED** that, on January 22, 2021, at 10:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 14th day of January, 2021.

REGGIE B. WALTON<br>
United States District Judge