IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al. <br><br> Defendants. | Case No.: 1:21-cv-00056-RBW <br><br> *Document Electronically Filed* |

# JOINT STATUS REPORT

In advance of the telephonic status conference set for tomorrow, January 22, 2021, at 10:00 am, the parties provide the following joint status report:

1. As a result of the intervening change in presidential administration, including the issuance of a memorandum yesterday evening entitled "Regulatory Freeze Pending Review,"[1] counsel for the Government needs additional time to confer with the agency concerning the Government's position on this litigation and the challenged rule, and to assess the impact (if any) of the Regulatory Freeze Pending Review memorandum. Counsel for the Government does not currently know exactly how much time will be needed.

2. Plaintiffs have no objection to staying these proceedings for as long as is reasonably necessary for the new administration to determine its position on the litigation and the challenged rule, so long as the Court's decision preliminarily enjoining the challenged rule remains in effect.

---

[1] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/regulatory-freeze-pending-review/

3.  The Parties agree that it would not be efficient or productive for there to be further litigation of these proceedings, or entry of a scheduling order, until after Counsel for the Government has been able to determine the agency's position.

4.  The Parties therefore respectfully request that the Court stay these proceedings pending the filing of a further joint status report, while leaving the preliminary injunction in place. Once Counsel for the Government has been able to determine the agency's position on the litigation and the challenged rule, the Parties will confer and file a further joint status report.

5.  The Parties respectfully suggest that given their agreement on these matters, the telephonic status conference set for tomorrow may not be necessary.

Dated: January 21, 2021

Respectfully submitted,

/s/ David R. Fox

Keren Zwick (D.D.C. Bar. No. IL0055)
Mark Fleming
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
Email: kzwick@heartlandalliance.org
Email: mfleming@heartlandalliance.org

Sarah Thompson (D.D.C. Bar No. CA00073)
NATIONAL IMMIGRANT JUSTICE CENTER
PO Box 124975
San Diego, CA 92112
Telephone: (312) 660-1370
Email: sthompson@heartlandalliance.org

Kristen A. Lejnieks (DC Bar No. 502136)
Parker A. Rider-Longmaid (DC Bar No. 1552207)[2]
JONES DAY
51 Louisiana Ave, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: kalejnieks@jonesday.com
Email: priderlongmaid@jonesday.com

David R. Fox (DC Bar No. 1015031)
Laura Diss Gradel
JONES DAY
100 High Street, 21st Floor
Boston, MA 02100
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
Email: drfox@jonesday.com
Email: lgradel@jonesday.com

David Ledet
JONES DAY
500 Grant Street Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 394-7271
Facsimile: (412) 394-7959
Email: dledet@jonesday.com

*Counsel for Plaintiffs*

---

[2] D.D.C. Bar application pending.

                MICHAEL R. SHERWIN
                Acting United States Attorney

                BRIAN P. HUDAK
                Acting Chief, Civil Division

By:   */s/ Brenda González Horowitz*
        BRENDA GONZÁLEZ HOROWITZ
        D.C. Bar No. 1017243
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2512
        Brenda.Gonzalez.Horowitz@usdoj.gov

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 21, 2021                            */s/ David R. Fox*