UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 21-56 (RBW) |
| v. | ) ) | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al. | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of the parties' Joint Status Report and in accordance with the oral rulings issued by the Court at the status conference held on January 22, 2021, it is hereby

**ORDERED** that all applicable deadlines in this case are **VACATED WITHOUT PREJUDICE** pending further order of the Court.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on March 22, 2021, at 9:30 a.m.  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 29th day of January, 2021.

REGGIE B. WALTON
United States District Judge

1