UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-0056 (RBW) |

## NOTICE OF APPEAL

Notice is hereby given that the Executive Office for Immigration Review ("EOIR"), a component of the U.S. Department of Justice (the "Department"), Jean King, in her official capacity only as Acting Director of EOIR[1], and Monty Wilkinson in his official capacity only as Acting Attorney General of the Department[2], hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's January 14, 2021, Order, ECF No. 11, granting Plaintiff's motion for temporary restraining order and preliminary injunction, and staying the effective date of the final rule announced in the Federal Register entitled Procedures for Asylum and Withholding of Removal, 85 Fed. Reg. 81,698 (Dec. 16, 2020). The order is an appealable interlocutory decision of the district court under 28 U.S.C. § 1292(a)(1).

---

[1]   Pursuant to Federal Rule of Civil Procedure 25(d), Jean King, Acting Director, is automatically substituted for her predecessor.

[2]   Pursuant to Federal Rule of Civil Procedure 25(d), Monty Wilkinson, Acting Attorney General of the United States, is automatically substituted for his predecessor.

|  |  |
|---|---|
| March 10, 2021 | Respectfully submitted, |
|  | CHANNING D. PHILIPS, D.C. Bar No. 415793<br>Acting United States Attorney |
|  | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
|  | */s/ Brenda González Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov |
|  | *Attorneys for the United States* |