UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, <u>et al.</u>, )<br><br>Plaintiffs, )<br>v. )<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <u>et al.</u> )<br><br>Defendants. ) | Civil Action No. 21-56 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on March 22, 2021, it is hereby

**ORDERED** that, on or before April 23, 2021, the defendants shall file the administrative record on the Court's docket and shall provide a copy to the plaintiff.  It is further

**ORDERED** that all other applicable deadlines in this case shall remain **VACATED** pending further order of the Court.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on June 2, 2021, at 9:30 a.m.  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 23rd day of March, 2021.

REGGIE B. WALTON<br>
United States District Judge