UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRANT JUSTICE CENTER, et al., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 21-56 (RBW) |
| v. | ) ) |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al. | ) ) ) |
| Defendants. | ) ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on June 2, 2021, it is hereby

**ORDERED** that all other applicable deadlines in this case shall remain **VACATED** pending further order of the Court. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on July 2, 2021, at 10:30 a.m. The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 8th day of June, 2021.

REGGIE B. WALTON
United States District Judge

1